UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 21-60113-CR

Plaintiff

vs.

Howard Frank,

**SENTENCING MINUTES**

DATE: 8/9/24   Court Reporter: Jill Wells
AUSA Felipe Plechac Diaz   Defense Counsel: Michael Gottlieb

Deputy Clerk: Irene Ferrante

**JUDGMENT AND SENTENCE**

Imprisonment 12 mos + 1 day MONTHS as to COUNTS 1

Probation _____ YEARS as to COUNTS _____

Supervised Release 2 YEARS as to Counts ✓
✓ Association restriction ___ Employment Requirement ✓ Permissible Search ___ Deportation
___ Mental Health Treatment ___ Substance abuse treatment ___ Financial disclosure ___ No debt
___ No self-employment ___ Related concern restriction ___ Sex offender conditions
health care business restriction

Assessment $ 100   Fine 0   Restitution: _____

___ Counts remaining dismissed on Government motion _____
✓ Defendant advised of his right to appeal.
___ Remanded to U.S. Marshal
✓ Voluntary Surrender on or before 2-18-25

Recommendation to the Bureau of Prisons _____

Def allowed to travel.

Time in court: :40

statement from: Rabbi Spalter
Michael Dietz
Linda Frank