UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cr-60113-KAM-2

UNITED STATES OF AMERICA,

    Plaintiffs,
vs.

HOWARD FRANK,

    Defendant.
_____/

### UNOPPOSED MOTION FOR PERMISSION TO RENEW EXPIRED PASSPORT

COMES NOW the Defendant, HOWARD FRANK, by and through undersigned counsel and files his Unopposed Motion for Permission to Renew Expired Passport.

As grounds for this motion, the undersigned would show the following:

1. The Defendant, HOWARD FRANK, surrendered his U.S. Passport to the United States Probation Office.

2. The passport that is in the possession of the Government is expired. Mr. Frank is seeking permission to renew his passport and to do so, he must present his expired passport. Therefore he needs this to be returned as well as permission to obtain a new passport.

3. Additionally, Mr. Frank needs a valid passport to obtain a valid driver's license as he does not have a birth certificate.

4. In the past he has had access to his passport, travelled and then returned it, without issue.

5. Upon obtaining a new passport, Mr. Frank would surrender it upon issuance.

6. AUSA Felipe Plechac-Diaz has advised that he has no objection to Mr. Frank's passport being returned to him for the listed reasons.

WHEREFORE, Howard Frank, through undersigned counsel, requests that the Court grant this unopposed motion.

                                              /s/Michael A. Gottlieb
                                              Michael A. Gottlieb, Esquire
                                              Michael A. Gottlieb, P.A.

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2024, this pleading has been electronically filed with the Clerk of the Court and all parties of record via CM/ECF.

/s/Michael A. Gottlieb
Michael A. Gottlieb, Esquire
Michael A. Gottlieb, P.A.
1311 SE 2nd Avenue
Ft. Lauderdale, Florida 33316
mike@mgottlieblaw.com
Phone: (954) 462-1005
Fax: (954) 463-9869
Florida Bar No.: 981133