UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60113-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HOWARD FRANK,

    Defendant.
_____/

## ORDER GRANTING MOTION TO RENEW PASSPORT

THIS CAUSE is before the Court upon Defendant's Unopposed Motion for Permission to Renew Expired Passport **[DE 145]**.  This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is **GRANTED**.  Defendant may renew his expired passport and surrender it upon issuance to the U.S. Probation Office.

DONE AND ORDERED in West Palm Beach, Florida this 31st day of October, 2024.

KENNETH A. MARRA
United States District Judge

Copies provided to:

    All counsel